UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

v.

RYAN SCOTT DANIEL TAYLOR,

Defendant<< (s) >>.

Case No. 3:23-MJ-70082 MAG

Charging District's Case Number:

19-CR-0078 JAM

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the EASTERN DISTRICT OF CALIFORNIA SACRAMENTO. The defendant may need an interpreter for this language: N/A

The defendant is:

( ) will obtain an attorney.

( X) is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant RYAN SCOTT DANIEL TAYLOR, forthwith, together with a copy of this order, to the charging district and deliver the defendant to the United States Marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated: 1/31/2023

_____
Honorable Thomas S. Hixson
United States Magistrate Judge